UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                                 Chapter 11

ATM MIRROR INC.,                                Case No. 16-23276 (RDD)

                            Debtor.
-------------------------------------------------------X

## ORDER EXTENDING THE DEBTOR'S TIME TO FILE AND CONFIRM ITS SMALL BUSINESS PLAN AND DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §§ 1121(e)(2), (3) and 1129(e)

      Upon the motion, by notice of presentment dated June 21, 2017 (the "Motion"), of the above above-captioned debtor and debtor-in-possession (the "Debtor"), for an order, pursuant 11 U.S.C. §§ 1121(e)(2),(3) and 1129(e), extending the time to file and confirm a small business plan and disclosure statement in this case; and there being due and sufficient notice of the Motion; and there being no objections to the requested relief; and no additional notice of or a hearing on the Motion being required under the circumstances; and, after due deliberation, the Court having found and concluded that the Debtor has established sufficient cause for such extension and has demonstrated, by a preponderance of the evidence, that it is more likely than not that a small business Chapter 11 plan will be confirmed in this case within a reasonable time; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and good and sufficient cause appearing therefor, it is hereby

      **ORDERED,** that the Motion is granted and the Debtor's time to file a small business plan and disclosure statement in this case is extended through and including November 16, 2017, and the Debtor's time to confirm same is extended through and including January 2, 2018.

Dated: White Plains, New York
       July _, 2017

                                                    HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE